**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Adrian Estaban SANCHEZ HEREDIA,**
**Defendant–Appellant.**

No. 08–10633
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Carolyn A. Hill, Bradley & Hill, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Adrian Estaban Sanchez Heredia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez Heredia has filed a response. The record is insufficiently developed to allow consideration at this time of Sanchez Heredia's claim of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

[they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Sanchez Heredia's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Sanchez Heredia's motion for appointment of counsel is DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.